In the Matter of the Probate of the Will of CHARLES E. AUSTIN, Deceased.

EDITH E. AUSTIN, Appellant; TITLE GUARANTEE AND TRUST COMPANY, Respondent.

(Argued May 26, 1936; decided July 8, 1936.)

*Maurice Edelbaum* for appellant.

*Fred L. Gross, Frederick A. Keck* and *Donald J. Turrill* for respondent.

Order affirmed, with costs to respondent payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.